**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **AARON EDWARD STRONG,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 5:24-cv-349-CAR-AGH** |
| | : | |
| | : | |
| **WARDEN TIMOTHY SALES, PAM MAXEY, and DR. J. ANDREWS,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**ORDER ON RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

Currently before the Court is the United States Magistrate Judge's Order and Recommendation [Doc. 12] issued on July 1, 2025, after initially screening Plaintiff's claims pursuant to 28 U.S.C. §§ 1915A and 1915(g).[1] The Recommendation is to dismiss without prejudice any claims other than Plaintiff's claims that Defendants Sales, Maxey, and Andrews were deliberately indifferent to Plaintiff's knee injury and his claims under the Americans with Disabilities Act (ADA), which have proceeded forward. Plaintiff filed no objection. Having considered the Recommendation, the Court agrees with the findings

[1] This delayed ruling did not delay this case, as it has proceeded forward. Defendant Sales has filed a motion to dismiss [Doc. 24], and Defendants Maxey and Andrews have filed a motion for summary judgment. On July 29, 2026, the Magistrate Judge filed a Report and Recommendation [Doc. 42] addressing the motion to dismiss, which will become ripe for this Court's review after the time for objections expires. Defendants Maxey and Andrews' motion for summary judgment is not currently ripe for adjudication, as the motion is still in the briefing stage.

and conclusions of the United States Magistrate Judge. Accordingly, the Recommendation [Doc. 12] is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**. For the reasons stated by the United States Magistrate Judge, any claims other than Plaintiff's claims that Defendants were deliberately indifferent to Plaintiff's knee injury and his claims under the ADA, which have proceeded forward, are **DISMISSED without prejudice**.

**SO ORDERED,** this 31st day of July, 2026.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT