**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **AARON EDWARD STRONG,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 5:24-cv-349-CAR-AGH** |
| | : | |
| | : | |
| **WARDEN TIMOTHY SALES, PAM MAXEY, and DR. J. ANDREWS,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**ORDER ON RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

Currently before the Court is the United States Magistrate Judge's Order and Recommendation [Doc. 42] to grant Defendant Sales' Motion to Dismiss [Doc. 24] and dismiss Defendant Sales from this action because Plaintiff fails to state an Eighth Amendment claim for deliberate indifferent against Defendant Sales in his official capacity; qualified immunity bars Plaintiff's individual capacity deliberate indifference claim against Defendant Sales; and the Eleventh Amendment bars Plaintiff's ADA claim. Plaintiff filed no objection, and the time for doing so has expired. Having considered the Recommendation, the Court agrees with the findings and conclusions of the United States Magistrate Judge. Accordingly, the Recommendation [Doc. 42] is **ADOPTED** and **MADE THE ORDER OF THE COURT**. For the reasons stated by the United States Magistrate

Judge, Defendant Sales' Motion to Dismiss [Doc. 24] is **GRANTED**, and Defendant Sales is **dismissed** from this action.

**SO ORDERED,** this 26th day of August, 2026.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT